MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARIA HERNANDEZ,              )
                              )
     Plaintiff,               )
                              )  No.
vs.                           )
                              )
GC SERVICES LIMITED           )
PARTNERSHIP,                  )
                              )
     Defendant.               )
_____)  JURY DEMANDED

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

PRELIMINARY STATEMENT

2. This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2009, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Maria Hernandez, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, GC Services Limited Partnership, is a domestic corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Houston, Texas, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. On January 29, 2009, Defendant dunned Plaintiff for an alleged debt.

9.   On February 4, 2009, Plaintiff wrote Defendant advising of her *refusal to pay* (Exhibit 1).

10.   Plaintiff's written refusal to pay required Defendant to cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> (c) **Ceasing communication** - *If a consumer notifies a debt collector in writing that the consumer **refuses to pay a debt** or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt*.

11.   Defendant received Exhibit 1 on February 6, 2009 (Exhibit 2).

12.   Notwithstanding, on January 20, 2009, Defendant again dunned Plaintiff in violation of FDCPA §§ 1692c and 1692d (Exhibit 3).

13.   The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

14.   Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

15. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

16. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

17. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d and 1692e.

18. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

19. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

20. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

February 4, 2009

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

GC Services Limited Partnership
Collection Agency Division
P. O. Box 2667 (023)
Houston, Texas 77252-2667

Dear Sir:

    I refuse to pay.

                                  Maria Hernandez

Enclosure

**EXHIBIT 1**



GC Services Limited Partnership
Collection Agency Division
6330 Gulfton, Houston, Tx. 77081

PO Box 2667 (023)
Houston Tx 77252-2667
Return Service Requested
January 29, 2009

**BALANCE DUE STATEMENT**

**YOU OWE**
NISSAN MOTOR ACCEPT.

**BALANCE DUE**
$23,448.18

**ACCOUNT NUMBER**
90102451248870001

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0270409027002126-0108-01

Maria Hernandez

700 N 18th St
Las Vegas NV 89101-2753

PO Box 5220
San Antonio Tx 78201

(866) 862-2787
2362724

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

Dear Maria Hernandez:

Your account with NISSAN MOTOR ACCEPT., in the amount of $23,448.18, has been referred to us.

By this time you must realize that you are delinquent.

Send us your payment in full in the enclosed envelope. Please include this letter to assure proper credit of your payment.

Remit your balance in full or phone (866) 862-2787.

IMPORTANT: BE CERTAIN YOUR ACCOUNT IS CORRECT.
FILL IN BELOW.
HOME PHONE         : _____

NEW ADDRESS        : _____

EMPLOYER           : _____  PHONE: _____

EMPLOYER ADDRESS   : _____

0270409027002126-0108-01

SCDP-1



**UNITED STATES POSTAL SERVICE**®

Home | Help



Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 2570 0000 3475 9686
Status: Delivered

Your item was delivered at 7:43 AM on February 6, 2009 in HOUSTON, TX 77210.

(  Additional Details >  )  (  Return to USPS.com Home >  )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**EXHIBIT 2**

**GC SERVICES LIMITED PARTNERSHIP**
**COLLECTION AGENCY DIVISION**
**6330 GULFTON, HOUSTON, TX. 77081**

PO BOX 5220 (023)
SAN ANTONIO TX 78201
RETURN SERVICE REQUESTED
× FEBRUARY 20, 2009 ×

**BALANCE DUE STATEMENT**

YOU OWE
NISSAN MOTOR ACCEPT.

**BALANCE DUE**
$22,178.18

ACCOUNT NUMBER
90102451248870001

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0270409027002126-0533-07
MARIA HERNANDEZ

700 N 18TH ST
LAS VEGAS NV 89101-2753

PO BOX 5220
SAN ANTONIO TX 78201

(866) 862-2787

2362724

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

Dear Maria Hernandez:

This letter is in reference to your outstanding balance owed to the above referenced client.

Now that you may be eligible for an income tax refund, we expect that you will want to pay your balance in full or at least a large part of the remaining balance.

Please send your balance in full, or if you are waiting for your refund, call us at the phone number listed above to assist you in resolving this account.

We feel this is a fair and reasonable demand as our client has been waiting for payment for quite some time.

Your cooperation is appreciated. If you have any questions, or think you may qualify for a settlement, please call.

Sincerely,
Ms. Gutierrez
Account Representative

**EXHIBIT 3**

NOTICE: ... IMPORTANT CONSUMER INFORMATION